# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

JOSE V. TESORERO, individually and on behalf
of all others similarly situated,
               Plaintiff,

E-filing SUMMONS IN A CIVIL CASE

CASE NUMBER:

V.

NCO PORTFOLIO MANAGEMENT;
RESURGENT CAPITAL SERVICES, L.P.;
ASSETCARE, INC.,    Defendants

**SBA**

TO: (Name and address of defendant)

ALL ABOVE-NAMED DEFENDANTS

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Irving L. Berg
The Berg Law Group
145 Town Center, PMB 493
Corte Madera, CA 94925

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MAY 1 3 2008

Richard W. Wieking
CLERK
                                                DATE_____

MARY ANN BUCKLEY

_____
(BY) DEPUTY CLERK