1  Irving L. Berg (SBN 36273)
   THE BERG LAW GROUP
2  145 Town Center, PMB 493
   Corte Madera, California 94925
3  (415) 924-0742
   (415) 891-8208 (Fax)
4  irvberg@comcast.net (e-mail)

5  ATTORNEY FOR PLAINTIFF

6

7

8                 UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 JOSE V. TESORERO, individually and on        Case No.: CV 08-2449 SBA
   behalf of all others similarly situated,
12                                              **NOTICE OF DISMISSAL PURSUANT TO**
                            Plaintiff,          **FRCP 41(a)(1)A(i)**
13
   v.
14
   NCO PORTFOLIO MANAGEMENT;
15 RESURGENT CAPITAL SERVICES, L.P.;
   ASSETCARE, INC.,
16
                            Defendant.
17 _____/

18
          Please take notice, Plaintiff, Jose V. Tesorero hereby dismisses the herein action with
19
   prejudice as to himself only and without prejudice as to the putative class.
20
          This Dismissal is made without court order pursuant to FRCP 41(a)(1)A(i) as the
21
   opposing parties have not served an answer or motion for summary judgment.
22

23 Dated: _June 17, 2008_____          ___/s/_____

24
                                            Irving L. Berg
25                                          THE BERG LAW GROUP
                                            145 Town Center, PMB 493
26                                          Corte Madera, California 94925
                                            (415) 924-0742
27                                          (415) 891-8208 (Fax)

28                                          ATTORNEY FOR PLAINTIFF